UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JESUS BARRON | * | |
| VS | * | C.A. NO. B-02-240 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-425-03) |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **March 31, 2003**. Said response shall include the transcripts of the guilty plea and sentencing record.

DONE at Brownsville, Texas, this 29th day of January 2003.

Felix Recio
United States Magistrate Judge