UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 2003

Michael N. Milby
Clerk of Court

**************************************************************************

JUAN JESUS BARRON,
   PETITIONER.

VS.      CA B-02-240

UNITED STATES OF AMERICA,
   RESPONDENT.

CR-B-00-425

**************************************************************************

### PETITIONER'S OBJECTIONS TO GOVERNMENT'S ANSWER & MOTION FOR DISMISSAL UNDER 2255

COMES NOW, **Juan Jesus Barron**, Petitioner, acting in pro/se in the above cause numbered and would show the court as follows;

### ARGUMENT OF THE MOTION

Petitioner continues to assert that counsel failed to perform a pre-trial investigation of the case, further supported by the fact that Government could not intimidate counsel of record to provide an affidavit regarding Petitioner's instant allegations.

Government in incorrect that counsel argue for a minor role, and the Government cites a 4th Circuit case to support their position that Petitioner should not be considered for minor-role, Fourth Circuit base law authority is not controlling law within Fifth Circuit Court Appeal. Thus, Petitioner did suffer a prejudicial effect.

Counsel of record, rendered ineffective assistance by failing to move the trial court for a mistrial. Where Government exposed the prior criminal record to the jury, after having decided not to offer evidence of the convictions in the case in chief.

Government is incorrect in it's assertion that Petitioner is procedurally barred from raising his claim at this time. Petitioner can overcome the cause and prejudice standard set fourth pursuant to <u>Frady</u>, 456 U.S. 152 (1982) based on the ineffective assistance Petitioner received during the proceedings of his trial and sentencing, his claim of ineffective assistance can be reviewed for the first time on collateral attack.

Petitioner respectfully request an evidentiary hearing to resolve issues presented.

WHEREFORE; Petitioner respectfully prays that Government's request for dismissal or summary judgment of his Section 2255 be denied and an <u>EVIDENTIARY HEARING BE ORDERED</u>.

DATED: 4-5-03

RESPECTFULLY   SUBMITTED,

_[signature]_
JUAN JESUS BARRON   #19942-079
FCI THREE RIVERS
P.O.   BOX   4200
THREE RIVERS, TX. 78071-4200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORGOING HAS BEEN SENT ON THIS 5th DAY OF April, 2003, BY THE U.S. POSTAL SERVICE, POSTAGE PREPAID, FIRST CLASS, AS PROOF OF SERVICE, TO: A.U.S.A. MR. MARK M. DOWD, 600 E. HARRISON, #201, BROWNVILLE, TX. 78520.

BY: _[signature]_
JUAN JESUS BARRON   #19942-079
FCI THREE RIVERS
P.O.   BOX   4200
THREE RIVERS, TX. 78071-4200