9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BRWONSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 6 2003

Michael N. Milby
Clerk of Court

****************************************************************************

JUAN JESUS BARRON,
PETITIONER.

Vs.

UNITED STATES OF AMERICA,
RESPONDENT.

CIVIL ACTION NO. B-02-240
CRIMINAL NO. B-00-425

****************************************************************************

## PETITIONER'S OBJECTIONS TO MAGISTRATES JUDGE REPORT & RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Juan Jesus Barron**, Petitioner, acting in pro/se before this Honorable Court and respectfully submits his objections in a timely manner pursuant pursuant to 28 U.S.C. §636(b)(1) to preserve appellate review. In support thereof, Petitioner submits as follows:

### OBJECTIONS

Petitioner objects to the magistrate's proposed findings. Petitioner can demonstrate that he suffered ineffective assistance of counsel, and can demonstrate cause for his procedural default and actual prejudice.

Petitioner did not raise the minor-participant claim on direct appeal, and the magistrate judge is wrong in stating that Petitioner may not assert the minor-participant claim in a collateral proceedings.

Petitioner respectfully submits to this Honorable Court, that the minor role adjustment claim is an issue that could of and should of been raised during the sentencing hearing.

But, because of counsel's ineffective assistance, the minor role claim was not addressed, thus resulting in a miscarriage of justice if left unaddressed.

## PRAYER

Petitioner prays that this Honorable Court accept his objections as timely filed to preserve the record on Appeal.

DATE: 5-13-03

RESPECTFULLY SUBMITTED,

*Juan J. Barron*
JUAN JESUS BARRON  #19942-079
FCI THREE RIVERS
P.O.   BOX   4200
THREE RIVERS,  TX.  78071

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been sent on this 13th day of May, 2003, by the U.S. Postal Service, prepaid First Class to: U.S. ATTORNEY, MR. MARK M. DOWN, A.U.S.A., 600 E. HARRISON #201, BROWNSVILLE, TX. 78520

BY: *Juan J. Barron*
JUAN JESUS BARRON  #19942-079
FCI THREE RIVERS
P.O.   BOX   4200
THREE RIVERS,  TX.  78071

- 2. -