Original

```
                         In The
              United States District Court
         For The Southern Distict Of Texas
                    Brownsville Division
```

United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

11

| | |
|---|---|
| Juan Jesus Barron<br>        Appellant<br>vs<br>United States Of America<br>        Appellee | Civil Action No. B-02-240<br><br>Appeal_____<br><br>(TO Be Issued By Clerk) |

### NOTICE OF APPEAL

The Appellant Juan Jesus Barron, hereby submits now this his instant foregoing **"NOTICE OF APPEAL,"** to the United States Court of Appeals, For The Fifth Circuit, from the judgment entered by the United States District Court, For The Southern District Of Texas, Brownsville Division, on June 6, 2003. Denying the Appellants' application for a Writ of Habeas Corpus, pursuant to Title 28 USC §2255 for a person in federal custody.

                                  Respectfully Submitted

                                  _____
                                  Pro Se Litigation
                                  Juan Jesus Barron
                                  Tilden Unit Reg. No. **19942-079**
                                  Federal Prison Camp
                                  P.O. Box 4200
                                  Three Rivers, Texas   78071

Mailed on this _17_th day of ____July____, 2003

## CERTIFICATE OF SERVICE

I Juan Jesus Barron, hereby declare and certify that a true and correct copy of this his instant foregoing **"NOTICE OF APPEAL,"** was mailed postage prepaid properly addressed to the below interested parties depositing the same in the institutional receptacle provided by the Government for this purpose interposing, <u>Houston vs Lack</u>, 487 US 266 (1988).

I Juan Jesus Barron, hereby declare (Certify, verify, or State) under the penalty of perjury that the above foregoing **"NOTICE OF APPEAL,"** is true and correct to the best of my ability and knowledge, pursuant to Title 28 USC §1746.

United States Attorney
Mark M. Down
**AUSA**
600 E. Harrison, # 201
Brownsville, Texas
        78520

Respectfully Submitted

*/s/ Juan J. Barron*
Pro Se Litigation
Juan Jesus Barron
Tilden Unit Reg. No. **19942-079**
**Federal Prison Camp**
P.O. Box 4200
Three Rivers, Texas   78071

Mailed on this _17_ th day of _July_, 2003.