IN THE UNITED STATES DISTRICT COURT
FOR THE <u>SOUTHERN</u> DISTRICT OF TEXAS
<u>BROWNSVILLE</u> DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 1 2003

Michael N. Milby
Clerk of Court

<u>Juan Jesus Barron</u>

　　　　　　Petitioner

CASE NO. <u>B-02-240</u>
<u>B-00-425-03</u>
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

<u>United States Of America</u>

　　　　　　Respondent

　　I, <u>Juan Jesus Barron</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

　　I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment       Yes☐ No☒
   b. Rent payments, interest or dividends?              Yes☐ No☒
   c. Pensions, annuities or life insurance payments?    Yes☐ No☒
   d. Gifts or inheritances?                             Yes☐ No☒
   e. Family or friends?                                 Yes☒ No☐
   f. Any other sources?                                 Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   <u>See the attached current six (6) month history of my Inmate Trust Fund Account.</u>

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   　　　　Yes☒　　　　No☐
   If you answered YES, state the total value of the items owned.

   <u>See the attached current six (6) month history of my Inmate Trust Fund Account.</u>

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

excluding ordinary household furnishings and clothing?

Yes☐    No☑

If you answered YES, describe the property and state its approximate value.

<u>_____NONE_____</u>

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ___17___ day of ___July___.

_____
Signature of Plaintiff         ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6.97

```
                              ACCOUNT
                              STATEMENT
FCI TRV **LIMITED OFFICAL USE**                      DATE 07/13/03
FCI THREE RIVERS                                     PAGE No.01
P.O. BOX 4000
THREE RIVERS, TEXAS 78071


                                           Account # 19942079


         BARRON, JUAN
         TILDEN


---BEGINNING---AVAILABLE    ENCUMBRANCE    OUTSTANDING     SPECIAL        ACCOUNT
               BALANCE        BALANCE        BALANCE       BALANCE        BALANCE
                   .44            .00            .00           .00            .44
 INVOICE| TIME  |  DATE  | TRANSACTION DESCRIPTION       | AMOUNT    |
  SEP02U  13:11  10-02-02  UNICOR PAY                       66.71        67.15
  348F20  17:44  10-02-02  DEPOSIT ITS FUNDS                17.00-       50.15
  34F26D  20:22  10-06-02  DEPOSIT ITS FUNDS                10.00-       40.15
  000010  17:19  10-08-02  SALE / REGULAR                   39.10-        1.05
  T00758  14:01  10-10-02  MONEY ORDER                      40.00        41.05
  355637  14:57  10-12-02  DEPOSIT ITS FUNDS                11.00-       30.05
  000014  17:16  10-15-02  SALE / REGULAR                   23.45-        6.60
  35BA44  17:35  10-18-02  DEPOSIT ITS FUNDS                 6.00-         .60
  T01495  14:12  10-24-02  MONEY ORDER                      40.00        40.60
  361ECC  20:38  10-24-02  DEPOSIT ITS FUNDS                10.00-       30.60
  000034  17:39  10-29-02  SALE / REGULAR                   29.70-         .90
  OCT02U  14:00  11-01-02  UNICOR PAY                       72.80        73.70
  OCT02U  14:00  11-01-02  FIN. RESP. ACT                   36.00-       37.70
  36EC55  19:30  11-04-02  DEPOSIT ITS FUNDS                 2.00-       35.70
  000043  18:23  11-05-02  SALE / REGULAR                   31.95-        3.75
  370CFF  16:59  11-06-02  DEPOSIT ITS FUNDS                 3.00-         .75
  T02313  14:32  11-07-02  MONEY ORDER                      40.00        40.75
  37259E  20:24  11-07-02  DEPOSIT ITS FUNDS                10.00-       30.75
  3759BB  11:25  11-10-02  DEPOSIT ITS FUNDS                 5.00-       25.75
  000075  19:26  11-12-02  SALE / REGULAR                   23.20-        2.55
  37B2E7  20:10  11-14-02  DEPOSIT ITS FUNDS                 2.00-         .55
  T03319  13:36  11-22-02  MONEY ORDER                      50.00        50.55
  383F8B  16:42  11-22-02  DEPOSIT ITS FUNDS                15.00-       35.55
  000035  17:39  11-26-02  SALE / REGULAR                   33.60-        1.95
  389AC1  20:02  11-27-02  DEPOSIT ITS FUNDS                 1.00-         .95
  NOV02U  12:51  12-03-02  UNICOR PAY                      103.52       104.47
  NOV02U  12:51  12-03-02  FIN. RESP. ACT                   51.00-       53.47
  390BF3  16:46  12-03-02  DEPOSIT ITS FUNDS                10.00-       43.47
  000056  18:17  12-03-02  SALE / REGULAR                   41.65-        1.82
  T04022  13:15  12-04-02  MONEY ORDER                      50.00        51.82
  DECEXC  11:00  12-05-02  FIN. RESP. ACT                   12.00        63.82
  396793  12:24  12-07-02  DEPOSIT ITS FUNDS                20.00-       43.82
  39AFB2  17:28  12-10-02  DEPOSIT ITS FUNDS                10.00-       33.82
  000072  18:45  12-10-02  SALE / REGULAR                   28.70-        5.12
  3A9B6B  11:09  12-21-02  DEPOSIT ITS FUNDS                 5.00-         .12
  T05645  13:54  12-23-02  MONEY ORDER                      25.00        25.12
  3ACD26  16:43  12-23-02  DEPOSIT ITS FUNDS                10.00-       15.12
  000082  18:52  12-23-02  SALE / REGULAR                   14.75-         .37
  DEC03U  12:43  01-02-03  UNICOR PAY                      108.69       109.06
  3B97AF  16:43  01-02-03  DEPOSIT ITS FUNDS                20.00-       89.06
  3BB5D9  16:53  01-03-03  DEPOSIT ITS FUNDS                 9.00-       80.06
```

```
                        ACCOUNT
0¢                      STATEMENT
FCI TRV **LIMITED OFFICAL USE**                    DATE 07/13/03
FCI THREE RIVERS                                   PAGE No.04
P.O. BOX 4000
THREE RIVERS, TEXAS 78071


                                              Account # 19942079

         BARRON, JUAN
         TILDEN
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT |       |
|---------|-------|----------|-------------------------|--------|-------|
| 000007  | 9:30  | 07-09-03 | SALE / REGULAR          | 26.20- | 24.80 |
| 4A9B30  | 18:58 | 07-11-03 | DEPOSIT ITS FUNDS       | 4.00-  | 20.80 |
| 4AA650  | 10:27 | 07-12-03 | DEPOSIT ITS FUNDS       | 5.00-  | 15.80 |
|         |       |          | **** TRANSACTION TOTAL **** | 15.36 |    |

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| 15.80 | .00 | .00 | .00 | 15.80 |