IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JESUS BARRON | § | |
| Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. B-02-240 |
| | § | CR. NO. B-00-425-03 |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's Request for Certificate of Appealability be and is hereby **DENIED**.

DONE at Brownsville, Texas, this _24_, day of _October_ 2003.

Hilda G. Tagle
United States District Judge